**Norbert A. SCHUELLER, Plaintiff—Appellant,**

v.

**John C. MINNEY; et al., Defendants—Appellees.**

No. 03–15475.

D.C. No. CV–02–04201–VRW.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 17, 2003.

---

Norbert A. Schueller, Belen, NM, pro se.

Wilfred T. Fong, Oakland, CA, Defendant–Appellee.

Before PREGERSON, THOMAS and PAEZ, Circuit Judges.

MEMORANDUM**

Norbert A. Schueller appeals pro se the district court's Fed.R.Civ.P. 12(b)(6) dismissal of his 42 U.S.C. § 1983 action against three judges of the Contra Costa County Superior Court. We affirm for the reasons stated in the district court's order filed on February 24, 2003.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.